# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 26, 2025

### NO. 03-24-00110-CV

**James E. White, IV, Individually and as a Beneficiary of The Beauregard Brite White Trust (the "Beau Trust") and of The Edward McMinn White Trust (the "Mac Trust"); Marti White Wright, Individually and as a Beneficiary of The Beau Trust and of The Mac Trust; and Clinton Wesley White, by and through his next-friend, James E. White, IV, Individually and as a Beneficiary of The Beau Trust and of The Mac Trust, Appellants**

v.

**Beauregard Brite White, Individually and as Trustee of The Beau Trust; Kathleen White (Hartnett); Edward McMinn White, Individually, and as Trustee of The Mac Trust; and Julie Bryan White, Appellees**

---

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
AFFIRMED ON MOTION FOR REHEARING -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the interlocutory order signed by the trial court on February 14, 2024. The Court withdraws its previous opinion and judgment issued May 29, 2025, and substitutes the attached opinion and this judgment in their place. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.